ACCEPTED

FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/20/2015 3:27:41 PM
CHRISTOPHER PRINE
CLERK

Appellate Docket Number: 14-15-00047-CR

Appellate Case Style: Style: Marquise Lawrence Robinson

Vs. State of Texas

Companion Case:

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

1/20/2015 3:27:41 PM

CHRISTOPHER A. PRINE
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 14th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Marquise | ☒ Lead Attorney |
| Middle Name: Lawrence | First Name: Celeste |
| Last Name: Robinson | Middle Name: |
| Suffix: | Last Name: Blackburn |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: $0.00 | ☒ Appointed ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: Celeste Blackburn, PLLC |
| | Address 1: 333 N. Rivershire Drive, Suite 285 |
| | Address 2: |
| | City: Conroe |
| | State: Texas     Zip+4: 77304 |
| | Telephone: 936-703-5000     ext. |
| | Fax: 877-900-2822 |
| | Email: |
| | SBN: |
| | Add Another Appellant/ Attorney |

| III.  Appellee | IV.  Appellee Attorney(s) |
|---|---|

**III.  Appellee**

First Name: 

Middle Name: 

Last Name: 

Suffix: 

Appellee Incarcerated?  ☐ Yes ☐ No

Amount of Bond: 

Pro Se: ◯

**IV.  Appellee Attorney(s)**

☒ Lead Attorney

First Name: Allan

Middle Name: 

Last Name: Curry

Suffix: 

☐ Appointed          ☒ District/County Attorney

☐ Retained            ☐ Public Defender

Firm Name: Harris County District Attorney's Office

Address 1: 1201 Franklin Street, Suite 600

Address 2: 

City: Houston

State: Texas          Zip+4: 77002-1923

Telephone: 713-755-5800          ext. 

Fax: 

Email: 

SBN: 

Add Another Appellee/ Attorney

## V.  Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Robbery

Type of Judgment: Other

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 01/06/2015

Offense charged: Aggravated Robbery - Deadly Weapon

Date of offense: 12/27/2012

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: 1/9/2015

If mailed to the trial court clerk, also give the date mailed :



Punishment assessed: 15 years Institutional Division, TDCJ

Is the appeal from a pre-trial order?  ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI.  Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☐ Yes ☒ No    If yes, date filed: 

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed: 

Other:  ☐ Yes ☒ No          If yes, date filed: 

If other, please specify: 

## VII.  Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes ☐ No ☐ NA     If yes, date filed: 

Date of hearing: 1/6/2015          ☐ NA

Date of order: 1/6/2015          ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA     If granted or denied, date of ruling: 1/6/2015

## VIII. Trial Court And Record

Court: 228th District Court

County: Harris County

Trial Court Docket Number (Cause no):

Trial Court Judge (who tried or disposed of the case):

First Name: Marc

Middle Name:

Last Name: Carter

Suffix:

Address 1: 1201 Franklin, 16th Floor

Address 2:

City: Houston

State: Texas        Zip + 4: 77002

Telephone: 713-755-6650        ext.

Fax: 713-368-9178

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes  ☐ No

If yes, date requested: Jan 14, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes  ☐ No

Was reporter's record requested?   ☒ Yes  ☐ No

Was the reporter's record electronically recorded?   ☐ Yes  ☒ No

If yes, date requested: Jan 14, 2015

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Lisa

Middle Name:

Last Name: Mills

Suffix:

Address 1: 1201 Franklin, 16th Floor

Address 2:

City: Houston

State: Texas        Zip + 4: 77002

Telephone: 713-755-0025        ext.

Fax:

Email: mary_mills@justex.net

## 1X.  Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:  14-15-00048-CR                                    Court:  228th District Court Harris County

Style:      Marquise Lawrence Robinson

    Vs.      State of Texas

## X.  Signature

_____

Signature of counsel (or Pro Se  Party)                          Date:  January 20, 2015

_____                      State Bar No:  24038803

Printed Name:

Electronic Signature:   /s/ Celeste Blackburn                Name:  Celeste Blackburn
    (Optional)

## XI.  Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  January 20, 2015       .

_____

Signature of counsel (or pro se party)                 Electronic  Signature:  /s/ Celeste Blackburn
                                               (Optional)

                                      State Bar No.:    24038803

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;

    (2) the name and address of each person served, and

    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: January 20, 2015

Manner Served: Regular Mail

First Name: Allan

Middle Name:

Last Name: Curry

Suffix:

Law Firm Name: Harris County District Attorney's Office

Address 1: 1201 Franklin Street, Suite 600

Address 2:

City: Houston

State Texas Zip+4: 77002-1923

Telephone: 713-755-5800 ext.

Fax:

Email:

---

Please enter the following for each person served:

Date Served: January 20, 2015

Manner Served: Regular Mail

First Name: John

Middle Name: Craig

Last Name: Still

Suffix:

Law Firm Name: Harris County Public Defender's Office

Address 1: 1202 Franklin Street, 13th Floor

Address 2:

City: Houston

State Texas Zip+4: 77002

Telephone: 713-368-0016 ext.

Fax:

Email:

Please enter the following for each person served:

Date Served: January 20, 2015

Manner Served: Regular Mail

First Name: Marquise

Middle Name: Lawrence

Last Name: Robinson

Suffix:

Law Firm Name: Harris County Jail

Address 1: 02350534/5H1

Address 2: 1200 Baker Street

City: Houston

State Texas    Zip+4: 77002

Telephone:    ext.

Fax:

Email: